# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HENRY ELMORE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CHARLOTTE A. BURROWS, UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, and JOHN DOES 1–10,<br><br>　　　　　　Defendants. | Civil Action No. 21-2347 (JMC) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Plaintiff's claims under the Americans with Disabilities Act and 42 U.S.C. § 1981 are **DISMISSED**, as are all Defendants except Charlotte A. Burrows, who is named in her official capacity as Chair of the Equal Employment Opportunity Commission;

**ORDERED** that Defendants' Motion to Dismiss Plaintiff's surviving claims, ECF 6, is **DENIED WITHOUT PREJUDICE**, as is Defendants' Motion for a More Definite Statement of those claims, *id.*; and it is

**FURTHER ORDERED** that this civil action is **TRANSFERRED** to the United States District Court for the Southern District of Florida.

**SO ORDERED**.

DATE: October 13, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Jia M. Cobb
　　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge